UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14045-CIV-CANNON/McCabe

**ANTHONY HARRIS**,

    Plaintiff,

v.

**WASTE PRO OF FLORIDA, INC.**,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION [ECF No. 26]**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiff's Motion to Approve Bill of Costs (the "Report") [ECF No. 26], filed on August 26, 2022.  The parties filed a Notice of Settlement [ECF No. 18] and a Joint Motion for Approval of Settlement [ECF No. 19].  The Court approved the FLSA Settlement and dismissed the case with prejudice [ECF No. 21].  On August 5, 2022, Plaintiff filed the Notice for Bill of Costs [ECF No. 22]. Subsequently, Plaintiff filed the Motion to Approve Bill of Costs (the "Motion") [ECF No. 25], seeking $402.00 in fees associated with filing the initial complaint [ECF Nos. 22, 25].  The Magistrate Judge considered the Bill of Costs and the related filings and issued the instant Report recommending that Plaintiff's Motion to approve fees be granted [ECF No. 26 p. 2].

Objections to the Report were due on or before August 31, 2022 [ECF No. 28].  Neither party filed objections.

Upon review, the Court finds the Report to be well reasoned and correct.  The Motion for Bill of Costs [ECF No. 25] is **GRANTED** for the reasons set forth in the Report.

CASE NO. 22-14045-CIV-CANNON/McCabe

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 26] is **ACCEPTED**.

2. The Motion to Approve Bill of Costs [ECF No. 25] is **GRANTED**.

3. Defendant is entitled to recover $402.00 in taxable costs as identified in the Bill of Costs [ECF No. 22].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of September 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record